## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PATRICIA WARD, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | **Case No.:**   20-cv-114-RAW |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### COMPLAINT

**COMES NOW** the Plaintiff, **PATRICIA WARD**, and for her cause of action against the

Defendant, **THE UNITED STATES OF AMERICA**, alleges and states as follows:

### I.  PARTIES TO THE COMPLAINT:

A.  Plaintiff:

> Patricia Ward
> 484 Pipe Spring Rd. Idabel, Oklahoma 74745
> Phone: 580-212-1946

B.  Defendant

> United States of America,
> Federal Agency: United States Postal Service

### II.  BASIS FOR JURISDICTION:

A.  Federal Tort Claims Act; 28 U.S.C. Chapter 171 Sec. 1332,  1346(b), 2674, 2675

(a)  United States may be held liable for pecuniary damages of a citizen resulting from the

negligent act of an employee of a political subdivision (US Postal Service), when such employee

was acting within the scope of his/her employment at the time the event occurred causing injury.

Plaintiff has complied with the procedural notice requirements of the FTCA prior to filing suit.

B.     Amount in Controversy:  Plaintiff's damages exceed the threshold jurisdictional amount of $75,000.000, not counting interests and costs of court.  Plaintiff suffered permanent debilitating personal injuries requiring surgery as a result of a motor vehicle accident caused by a US Postal employee's negligence.  Plaintiff's medical bills exceed $92,800.00.  Plaintiff has additionally suffered damages for past and future pain and suffering and past and future permanent physical impairment.

### III.   STATEMENT OF THE CLAIM:

A.     On or about the 11th day of May 2018 the Plaintiff, Patricia Ward was driving her vehicle at or near the intersection of Adams Street and Avenue E Street in Idabel, McCurtain County, State of Oklahoma.

B.     The Defendant, United States of America by and through its political subdivision, the US Postal Service provides for the delivery of US Mail within the City of Idabel.

C.     A US Postal Service employee, Jimmy Don Williams, while in the course and scope of his employment for the US Postal Service was negligent in the operation of the vehicle he was driving when he failed to yield the right of way to the Plaintiff's vehicle in the intersection causing a collision wherein the Plaintiff was injured.

D.     The Defendant's employee failed to operate his motor vehicle in a reasonably prudent manner; failed to pay full time and attentions to his driving thereby causing a collision with the Plaintiff.

E.     Plaintiff reserves the right to allege additional acts of negligence as the same may be discovered in the course of litigation.

F.    As a direct result of the negligence of the Defendant's employee, Plaintiff was injured, has endured pain and suffering and medical expenses, as well as other damages, all to her detriment.

G.    Venue is proper in the United States District Court for the Eastern District of Oklahoma pursuant to Title 28, Section 1391(e).

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays for judgment against the Defendant for an amount in excess of $75,000.00; for interest, costs and attorney's fees; and for such other and further relief as to this Court may seem just, proper and equitable.

Respectfully submitted,

_____
Bryce Johnson, OBA #11369
Sherman A. Reed, OBA #11971
BRYCE JOHNSON & ASSOCIATES
105 North Hudson, Suite 100
Oklahoma City, OK 73102
Phone: (405) 232-6490
Fax: (405) 212-5060
**ATTORNEYS FOR PLAINTIFF**

**Attorneys' Lien Claimed**